UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT EARL JOHNSON,

                    Plaintiff,

          -against-

KATHY DUDLEY,

                    Defendant.

21-CV-4297 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated July 2, 2021, the Court directed Plaintiff to file a declaration within thirty days. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed a declaration. Accordingly, the complaint, filed *in forma pauperis* (IFP) under 28 U.S.C. § 1915(a)(1), is dismissed without prejudice.

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:    August 3, 2021
           New York, New York

                    /s/ Laura Taylor Swain
                      LAURA TAYLOR SWAIN
              Chief United States District Judge